LINCOLN V. HORTON (Admission by Pro Hac Vice)
HORTON VILLAGE LAW GROUP, APC
lhorton@hortonvillagelaw.com
16236 San Dieguito Road, Suite 5-24
P.O. Box 9181
Rancho Santa Fe, CA 92067
Telephone: 858.832.8685

Attorneys for Plaintiffs ZURICH AMERICAN INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS,<br><br>      Plaintiffs,<br><br>      v.<br><br>JW PARKER INC. DBA JW TRANSPORT, and DOES 1 to 10, inclusive,<br><br>      Defendants. | Case No. 5:25-cv-00227-DAE |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs ZURICH AMERICAN INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS (collectively "Zurich") give notice of voluntary dismissal without prejudice of Zurich's entire action against Defendants JW PARKER INC. DBA JW TRANSPORT, and DOES 1 to 10 (collectively "Defendants" or "JW Transport").

| | |
|---|---|
| DATED: May 30, 2025 | HORTON VILLAGE LAW GROUP, APC |
| | |
| | By: s/Lincoln V. Horton |
| | LINCOLN V. HORTON |
| | Attorneys for Plaintiffs ZURICH AMERICAN INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS |